STEVEN R. BANGERTER (SBN 167689)
WILLIAM E. FRAZIER (SBN 228460)
DANIEL P. WILDE (SBN 249644)
BANGERTER SHEPPARD & FRAZIER, PC
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (866) 769-6742
Facsimile: (866) 769-6747

Attorneys for Defendants,
PICC LINES PLUS, LLC and
SCOTTIE STEINBERG

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM CORDELL, in his individual and representative capacities,<br><br>           Plaintiff,<br><br>vs.<br><br>PICC LINES PLUS, LLC, and SCOTTIE STEINBERG,<br><br>           Defendants. | Case No.: 3:16-cv-1814 TEH<br><br>**STIPULATION TO EXTEND DEADLINE FOR FILING RESPONSE TO SECOND AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants PICC Lines Plus, LLC and Scottie Steinberg, that the deadline for these Defendants to file their Response to the Second Amended Complaint is extended to October 19, 2016.

IT IS SO STIPULATED.


/ / /

| | | |
|---|---|---|
| 1 | DATED:   October 4, 2016 | Bangerter Frazier & Graff, PC |
| 2 | | |
| 3 | | By:  /s/ Daniel P. Wilde             |
| | | DANIEL P. WILDE |
| 4 | | Attorney for Defendants, |
| | | PICC LINES PLUS, LLC and SCOTTIE |
| 5 | | STEINBERG |
| 6 | | |
| 7 | DATED:   October 4, 2016 | Law Office of Dean Royer |
| 8 | | |
| 9 | | By: /s/ Dean Royer              |
| | | DEAN ROYER |
| 10 | | Attorney for Plaintiff, |
| | | WILLIAM CORDELL |

IT IS SO ORDERED

*Thelton E. Henderson*

Judge Thelton E. Henderson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
**STIPULATION TO EXTEND DEADLINE FOR FILING RESPONSE TO SECOND AMENDED COMPLAINT**

# CERTIFICATE OF SERVICE

I am employed in the office of a member of the bar of this Court in the City of St. George, County of Washington, at whose direction this service was made. I am over the age of 18 and not a party to the within action. My business address is 720 South River Road, Suite A-200, St. George, Utah 84790.

On October 4, 2016, I served true and correct copies of the document(s) described as:

**STIPULTAION TO ECTEND DEADLINE FOR FILING RESPONSE TO SECOND AMENDED COMPLAINT**

on the interested parties in this action addressed as follows (see attached list):

*For Plaintiff:*
Dean Royer
Law Office of Dean Royer
222 Columbus Avenue, Suite 219
San Francisco, CA  94133
dean@deanroyerlaw.com


[X]     BY E-MAIL:    Service was accomplished through the Notice of Electronic Filing for parties and counsel who are registered ECF Users.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 4, 2016, at St. George, Utah.

　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Cindy Leavitt                           /
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Cindy Leavitt

Hon. Thelton E. Henderson
United States District Court
450 Golden Gate Avenue
Courtroom 2
San Francisco, CA 94102
E-Filing Chambers Copies
Case No. 3:16-cv-1814 TEH